necessary for the trial court to conduct the hearing on the motion." Since the petition here named more than one judge, it did not come within the purview of subsection (c) and the hearing was not required. Since concededly subsection (a) is not applicable or was contravened, the denial of the petition for change of venue was not error. The judgment of the circuit court of Cook County is affirmed.

Judgment affirmed.

GOLDBERG, P. J., and BURKE, J., concur.

CARL G. KLEHM *et al.*, Plaintiffs-Appellees, *v.* CHICAGO TITLE AND TRUST COMPANY as Trustee under Trust Agreement dated January 6, 1969 and known as Trust No. 53105, *et al.*, Defendants-Appellants.

(No. 56251; ▮▮▮▮▮▮)

First District (5th Division)—December 29, 1972.

PER CURIAM.

McDermott, Will & Emery, of Chicago, (Hamilton Smith and James E. Betke, of counsel,) for appellants.

Frederick C. Cappetta, of Chicago, (Martin J. Whalen, of counsel,) for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS *et al.*, Plaintiffs-Appellees, *v.* LARRY PRIEST, Defendant-Appellant.

(No. 56480;

First District—December 28, 1972.